UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UBDELRHMAN ADAM ISHAG                                    PETITIONER

VERSUS                                    CIVIL ACTION NO. 5:26-CV-191-DCB-RPM

WARDEN, ADAMS COUNTY
DETENTION CENTER                                         RESPONDENT

## ORDER DIRECTING STATUS UPDATE

This matter is before the Court *sua sponte*. On March 16, 2026, Ubdelrhman Adam Ishag filed a [1] Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. Petitioner is a native and citizen of Sudan. At the time the petition was filed, he was an immigration detainee housed at the Adams County Correctional Center in Natchez, Mississippi. On June 16, 2025, an Immigration Judge found Petitioner removable, but withheld removal to Sudan. The order of removal became final on July 17, 2025. Respondent filed an answer on April 13, 2026. According to Respondent, the Government is in the process of seeking to remove Petitioner to a third country. Given the length of time Petitioner has been detained following his final order of removal, and considering controlling precedent of *Zadvydas v. Davis*, 533 U.S. 678 (2001), the Court directs Respondent to provide an update regarding Petitioner's removal to a third country. This response should include a description of efforts that have been made to effectuate his removal.

IT IS THEREFORE ORDERED that, **on or before July 21, 2026**, Respondent shall file a status update in compliance with this Order.

SO ORDERED AND ADJUDGED, this the 7th day of July 2026.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE